No. 68913.—J. J. Boll et al. v. United States, protests 58/8620, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of insignia, composed in chief value of bullions, similar in all material respects to those the subject of Abstract 66583, the claim of the plaintiffs was sustained.